UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS SIMS,<br>　　　　Plaintiff,<br><br>-v-<br><br>MEIJER, INC.,<br>　　　　Defendant. | No. 1:14-cv-290<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted the motion for summary judgment filed by Defendant Meijer, Inc., and having dismissed all the claims in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   June 25, 2015                                    /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge